In the Matter of SHIRLEY BOTWIN, Appellant, v. CENTRAL STRUCTURAL STEEL CO., INC., Respondent.

Concur — Stevens, J. P., Eager, Capozzoli, McNally and Bastow, JJ.